UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PSAGOT MUTUAL FUNDS, LTD., and PSAGOT PROVIDENT FUNDS & PENSION LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD., *et al.,*<br><br>Defendants. | Civ. A. No. 3:19-cv-01167-SRU<br><br><br><br><br><br><br><br><br><br>October 16, 2019 |

## JOINT STATUS REPORT

Pursuant to this Court's September 11, 2019 Order (ECF No. 19), Plaintiffs Psagot Mutual Funds and Psagot Provident Funds & Pension Ltd. and Defendants Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Erez Vigodman, Eyal Desheh, Allan Oberman, Sigurdur Olafsson, Deborah Griffin, Yaacov Altman, Yitzhak Peterburg, Dipankar Bhattacharjee, Michael McClellan, Kåre Schultz, and Maureen Cavanaugh (collectively, the "Parties") jointly submit this status report to the Court. The Parties state as follows:

1. This Action and 16 other direct and derivative actions pending in this District (the "Related Actions") are related to the pending putative class action styled *Ontario Teachers' Pension Plan Board, et al. v. Teva Pharmaceutical Industries Ltd., et al.*, Civil Action No. 3:17-cv-00558 (SRU) (the "*Ontario* Action").

2. Per this Court's September 11, 2019 Order (ECF No. 19), this Action was stayed pending a decision on the motions to dismiss filed by the defendants in the *Ontario* Action. The Order required the Parties to meet and confer within twenty-one (21) days of that decision, and propose to the Court a schedule for further proceedings or a further deferment of or motion to stay proceedings. *Id.*

3. On September 25, 2019, this Court denied in substantial part the motions to dismiss of the majority of the defendants in the *Ontario* Action. (*Ontario*, ECF No. 283 (the "September 25 Order").)[1]

4. In this Action and the other Related Actions, the parties are currently engaged in meet and confer discussions in an effort to reach an agreement respecting the coordination and scheduling of further proceedings in all cases that will enable this Court and the parties to manage the litigations in an efficient and streamlined manner.

5. The parties in the *Ontario* Action have conducted the first Rule 26(f) parties' planning conference, and are continuing to confer concerning the items in the Rule 26(f) report to be submitted to the Court.

6. With the Court's permission, the Parties will submit another joint status update, including a proposal addressing further proceedings in this Action, by the later of November 6, 2019 or two weeks after this Court enters a scheduling order in the *Ontario* Action.

Respectfully submitted,

By: */s/ Erin Green Comite*  
    Erin Green Comite (ct24886)  
    Margaret B. Ferron (ct28469)  
    SCOTT & SCOTT ATTORNEYS AT LAW LLP  
    156 South Main Street  
    P.O. Box 192  
    Colchester, CT 06415  
    Tel.: (860) 537-5537  
    Fax: (860) 537-4432  
    ecomite@scott-scott.com  
    mferron@scott-scott.com

By: */s/ Jill M. O'Toole*  
    Jill M. O'Toole (ct27116)  
    SHIPMAN & GOODWIN LLP  
    One Constitution Plaza  
    Hartford, Connecticut 06103-1919  
    Tel.: (860) 251-5000  
    Fax: (860) 251-5218  
    jotoole@goodwin.com

---

[1] The September 25 Order granted in its entirety the motion to dismiss of Defendants Allan Oberman and Maureen Cavanaugh and directed the Clerk to terminate them as defendants in the *Ontario* Action.

3

Jeremy A. Lieberman (*pro hac vice*)
Michael J. Wernke (*pro hac vice*)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Tel.: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
mjwernke@pomlaw.com

*Counsel for Plaintiffs*

Jordan D. Hershman (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA  02110-1726
Tel:  (617) 951-8000
Fax:  (617) 951-8736
jordan.hershman@morganlewis.com

*Counsel for Defendants*